[No. 71430-9-I.   Division One.   June 30, 2014.]

JEROME C. HURLEY ET AL., *Appellants*, v. PORT BLAKELY TREE FARMS L.P. ET AL., *Defendants*, THE CAMPBELL GROUP, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 10-2-01546-7, Nelson E. Hunt, J., entered January 16, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Leach, J., and Grosse, J. Pro Tem. Now published at 182 Wn. App. 753.

[No. 71436-8-I.   Division One.   June 30, 2014.]

*In the Matter of the Personal Restraint of* JAY EARL McKAGUE, *Petitioner*.

Petition for relief from personal restraint. *Reversed* and *remanded with instructions* by unpublished opinion per Trickey, J., concurred in by Becker and Appelwick, JJ.

[No. 71668-9-I.   Division One.   June 30, 2014.]

NORTHWEST HUNTER TV, LLC, *Appellant*, v. RIVERS WEST APPAREL, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-2-03061-7, John F. Nichols, J., entered March 25, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Cox, J.

[No. 71734-1-I.   Division One.   June 30, 2014.]

COLUMBIA RIVER CARBONATES, *Appellant*, v. THE PORT OF WOODLAND ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 12-2-00304-2, Stephen M. Warning, J., entered May 8, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Appelwick and Dwyer, JJ.